**Diego M. RODRIQUEZ, Plaintiff–Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.**

**No. 07–35503.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Nov. 26, 2008.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Diego M. Rodriquez, Seattle, WA, pro se.

Thomas Michael Elsberry, Esq., Social Security Administration Office of the General Counsel, Seattle, WA, Brian C. Kipnis, Esq., Office of the U.S. Attorney, Seattle, WA, for Defendant–Appellee.

Before: ALARCÓN, LEAVY and TALLMAN, Circuit Judges.

MEMORANDUM ***

Diego M. Rodriquez appeals pro se from the district court's judgment dismissing his action against the Social Security Administration for lack of subject matter jurisdiction. We have jurisdiction pursuant to 28

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. § 1291. We review de novo, *Kildare v. Saenz*, 325 F.3d 1078, 1082 (9th Cir.2003), and we affirm.

The district court properly dismissed the action without prejudice because Rodriquez failed to exhaust administrative remedies prior to seeking judicial review. *See* 42 U.S.C. § 405(g) (providing that an individual may seek judicial review after "any final decision of the Commissioner of Social Security"); *see also Califano v. Sanders*, 430 U.S. 99, 101–02, 97 S.Ct. 980, 51 L.Ed.2d 192 (1977) (explaining that a claimant must exhaust his administrative remedies by completing a four-step administrative review process prior to federal judicial review).

Because we affirm the district court's dismissal based on lack of subject matter jurisdiction, we do not consider Rodriquez's contentions on the merits.

**AFFIRMED.**